UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARMANDO RODRIGUEZ,

    Plaintiff,

v.

GAVIN NEWSOM, et al.,

    Defendants.

Case No. 19-cv-01378-YGR (PR)

**ORDER DENYING AS UNNECESSARY PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT; AND DENYING AS UNNECESSARY HIS MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff, a state prisoner, filed the instant *pro se* prisoner complaint under 42 U.S.C. § 1983. The Court has dismissed Plaintiff's complaint with leave to amend. Dkt. 17. Plaintiff's deadline to file his amended complaint was on November 7, 2019. On October 30, 2019, Plaintiff filed a request for an extension of time to file his amended complaint. Dkt. 18. Thereafter, on November 6, 2019, Plaintiff filed a motion for leave to file an amended complaint. Dkt. 19. On the same date, he also filed a proposed amended complaint. Dkt. 19-1.

Because Plaintiff has filed a timely amended complaint, his request for an extension of time to file his amended complaint is DENIED as unnecessary. Dkt. 18. Similarly, because the Court has previously granted Plaintiff leave to amend his complaint, his motion for leave to file an amended complaint is also DENIED as unnecessary. Dkt. 19.

The Clerk of the Court is directed to file the document attached to Plaintiff's motion for leave to file an amended complaint, which is labeled "Caption" (dkt. 19-1), and docket the aforementioned document as Plaintiff's "Amended Complaint." The Clerk is further directed to mark the amended complaint as filed on November 6, 2019, the date it was received by the Court. The Court will review Plaintiff's amended complaint in a separate written Order.

This Order terminates Docket Nos. 18 and 19.

IT IS SO ORDERED.

Dated: November 22, 2019

YVONNE GONZALEZ ROGERS
United States District Court Judge